**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

SAVORTAE RUNNELS,                                )
                                                 )
    Plaintiff,                               )
                                                 )
v.                                               )     Case No. CIV-24-432-D
                                                 )
GEO GROUP, INC., *et al.*,                       )
                                                 )
    Defendants.                              )

## <u>ORDER</u>

On January 23, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation ("R&R") [Doc. No. 29], in which she recommends the following: (1) convert Defendants' motion to dismiss to a motion for summary judgment and grant it; (2) deny Plaintiff's motion for leave to amend; and (3) deny Plaintiff's motion for summary judgment. Judge Mitchell also advised the parties of their right to file an objection to the R&R by February 13, 2025. *Id.* at 17.

No party timely filed an objection to the R&R. However, Plaintiff filed a "Motion for Abayence of Defendant's Motion for Summary Judgment" [Doc. No. 30], in which he invoked Fed. R. Civ. P. 56(d) and asked the Court for additional time to conduct discovery. On February 21, 2025, the Court denied Plaintiff's motion but extended the parties' deadline to file objections to the R&R. 2/21/2025 Order [Doc. No. 31] at 4-5. The parties were required to file objections, if any, within 21 days of the issuance of the Court's February 21st order—*i.e.*, by March 14, 2025.

The Court's extended deadline has passed, and, upon review of the docket, neither party has filed objections to the R&R. Noting no timely objection to the findings and recommendations of Judge Mitchell, the Court adopts the R&R [Doc. No. 29] in its entirety.

For the reasons stated in the R&R, the Court finds as follows:

- Defendants' motion to dismiss [Doc. No. 20] is converted to a motion for summary judgment and is **GRANTED**;

- Plaintiff's motion for leave to amend [Doc. No. 21] is **DENIED**; and

- Plaintiff's motion for summary judgment [Doc. No. 23] is **DENIED**.

A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 31st day of March, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge